# In the United States Court of Federal Claims

No. 20-499C

(Filed:  July 15, 2020)

_____

GILEAD SCIENCES, INC.

               Plaintiff,

v.

UNITED STATES,

               Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)

## ORDER

Pending before the court is defendant's unopposed motion for an extension of time to respond to the complaint, filed yesterday, July 14, 2020.  *See* ECF No. 9.  Defendant requests an additional 30 days, from July 23, 2020 to August 24, 2020, within which to respond to the complaint.  This is defendant's second motion for an enlargement of time for this purpose.

For good cause shown, defendant's motion is GRANTED.  Defendant shall file its response on or before August 24, 2020.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge