# In the United States Court of Federal Claims

No. 20-499C

(Filed: June 3, 2022)

|  |  |
|---|---|
| **GILEAD SCIENCES, INC.** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the court is plaintiff's motion to strike the supplemental report of defense expert Kimberly Schenk. Pl.'s Mot. to Strike, ECF No. 93. To avoid complications related to trial preparations, the court orders defendant to respond to Gilead's motion on or before June 14, 2022.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge