# In the United States Court of Federal Claims

No. 20-499C

(Filed: October 4, 2023)

|  |  |
|---|---|
| **GILEAD SCIENCES, INC.,** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) |
| Defendant. | ) ) |

ORDER

    Pending before the court are the parties' briefings regarding the issue of CTA liability. *See* ECF No. 171; ECF No. 172. The court will hold a hearing on the issue of CTA liability on October 23, 2023, at 10:30 a.m. EST. The hearing will be held at the National Courts Building in Washington, D.C. The courtroom is yet to be determined.

    It is so **ORDERED**.

s/ Charles F. Lettow<br>
Charles F. Lettow<br>
Senior Judge