# In the United States Court of Federal Claims

```
*********************************
                                *
GILEAD SCIENCES, INC.,          *
                                *
            Plaintiff(s),       *   No. 20-499
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
                                *
*********************************
```

For the reasons specified in the attached deficiency memorandum, the submission identified shall be:

☐ Filed by my leave.

☐ Filed by my leave and the filing shall be titled _____.

☐ Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

☐ Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

☐ Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____. Opposing counsel's time to respond to the filing is to run from the date of re-service.

☐ Returned to the party unfiled.

☑ Rejected.

IT IS SO ORDERED.

s/ Charles F. Lettow
Judge

12/11/23
Date

Revised: 3/2022