Docket No. 20-499

# UNITED STATES COURT OF FEDERAL CLAIMS

## DEFICIENCY MEMORANDUM

**TO:** Judge Lettow

**FROM:** CLERK'S OFFICE

**CASE NAME:** Gilead Sciences, Inc. v. USA

**DOCUMENT TITLE:** Letter to the Court from a Non-Party

The attached was received on 12/6/23 and the following defect(s) is/are noted:

1. ☐ Untimely, due to be filed by _____ [Rule 7.2].

2. ☐ Proof of service: [Rule 5.3]
   ☐ is missing;  ☐ is not signed and/or dated; shows
   ☐ service on wrong attorney or of wrong item.

3. ☐ Not signed by the attorney or party of record [Rules 11 and 83.1(c)(2)].

4. ☐ Does not comply with the provisions of Rule:
   ☐ 5.2(a)         Re: redacted filings [Privacy Protection]
   ☐ 5.4(a)(2)(A)   Re: table of contents or index to appendix is missing (or in wrong location)
   ☐ 5.4(b)         Re: length of briefs or memorandum
   ☐ 5.5(d)(2)      Re: copies missing
   ☐ 5.5(g)         Re: Judge's name on all filings
   ☐ 10(a)          Re: incorrect caption; names of parties
   ☐ 24(c)          Re: motion to be accompanied by a pleading

5. ☐ Original affidavit(s)/declaration(s) is/are missing.

6. ☐ No provision in the rules (or court order) for the filing of this item.

7. ☑ Letter from a non-party requesting access to public versions of a sealed transcript.

TB
Deputy Clerk's Initials

Revised February 2020