## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GILEAD SCIENCES, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 20-cv-00499-RMM |
| THE UNITED STATES OF AMERICA, | ) |
| *Defendants*. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, Plaintiff Gilead Sciences, Inc. and Defendant the United States of America stipulate to dismissal of all claims and counterclaims in the action captioned *Gilead Sciences, Inc. v. United States of America*, No. 20-499C-RMM (Fed. Cl.). Such dismissal shall be with prejudice except as otherwise agreed by the parties. Each party shall bear its own costs and attorneys' fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| *Of Counsel:* |  |
| David B. Bassett | /s/ Ronald C. Machen |
| WILMER CUTLER PICKERING | Ronald C. Machen |
|   HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 7 World Trade Center |   HALE AND DORR LLP |
| 250 Greenwich Street | 2100 Pennsylvania Avenue NW |
| New York, NY 10007 | Washington, DC 20037 |
| Tel:   (212) 230-8800 | Tel:   (202) 663-6000 |
| Fax:   (212) 230-8888 | Fax:   (202) 663-6363 |
|  | Ronald.Machen@wilmerhale.com |
| Vinita C. Ferrera |  |
| George P. Varghese | *Counsel for Plaintiff* |
| Timothy A. Cook | *Gilead Sciences, Inc.* |
| Stephanie Lin |  |
| WILMER CUTLER PICKERING |  |
|   HALE AND DORR LLP |  |
| 60 State Street |  |
| Boston, MA 02109 |  |
| Tel:   (617) 526-6000 |  |
| Fax:   (617) 526-5000 |  |
|  |  |
| Charles T. Cox Jr. |  |
| WILMER CUTLER PICKERING |  |
|   HALE AND DORR LLP |  |
| 2100 Pennsylvania Avenue NW |  |
| Washington, DC 20037 |  |
| Tel:   (202) 663-6000 |  |
| Fax:   (202) 663-6363 |  |
|  |  |
| Tracie L. Bryant |  |
| Michael F. Williams |  |
| KIRKLAND & ELLIS LLP |  |
| 1301 Pennsylvania Avenue, N.W. |  |
| Washington, D.C. 20004 |  |
| Tel:   (202) 389-5000 |  |
| Fax:   (202) 389-5200 |  |

Of Counsel:

PHILIP CHARLES STERNHELL
Assistant Director
CARRIE E. ROSATO
MATTHEW D. TANNER
LUCY GRACE D. NOYOLA
JHANIEL JAMES
Trial Attorney
Department of Justice


LENA YUEH
Special Counsel

BRIAN M. BOYNTON
Principal Deputy Assistant
 Attorney General

SCOTT BOLDEN
Director


*/s/ Walter W. Brown*
WALTER W. BROWN
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Tel:   (202) 307-0341
Fax:   (202) 307-0345

*Attorneys for Defendant United States*

January 15, 2025